■ In the Matter of the Estate of ZOE E. PIERCE, Deceased. EDWARD J. HOMER, JR., as Executor. — Order unanimously affirmed, with costs. Memorandum: The Onondaga County Commissioner of Social Services contends that the preferred creditor status granted by subdivision 1 of section 104 of the Social Services Law and SCPA 1811 (subd 2, par [a]) mandates that the county's lien filed against the deceased debtor's estate is superior to the respondent Crouse-Irving Hospital's judgments, which were docketed during decedent's lifetime. We disagree. Subdivision 1 of section 104 of the Social Services Law grants to the Social Service agency a preference over the "general creditors" of a recipient of public assistance (*Matter of Warren,* 53 NY2d 118, 122) but that preference is subservient to a creditor with a prior specific lien (*Matter of Lambert,* 87 AD2d 818). We conclude that the respondent's docketed judgments constitute prior specific liens. (Appeal from order of Onondaga County Surrogate's Court, Reagan, S. — judicial settlement.) Present — Doerr, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ. [122 Misc 2d 908.]